```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
```
WENPING WANG and JI CHEN,
individually and on behalf of other employees
similarly situated,

                          **ORDER ADOPTING R & R**
          Plaintiffs,           Civil Action No. 14-6249(DRH)(ARL)

    -against-

MASAGO NEO ASIAN INC. d/b/a
MASAGO NEO ASIAN FUSION, et al.

          Defendants.
```
----------------------------------------------------X
```

**HURLEY, Senior District Judge:**

      Presently before the Court is the Report and Recommendation, dated September 26, 2016 of Magistrate Judge Arlene R. Linsday recommending that the parties' joint motion for judicial approval of their proposed settlement agreement be granted. More than fourteen days have elapsed since service of the Report and Recommendation and no objections have been filed.

      Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, this Court adopts the September 26, 2016 Report and Recommendation of Judge Lindsay as if set forth herein. Accordingly,

      **IT IS HEREBY ORDERED** that the parties proposed settlement agreement is hereby approved; and it is

      **FURTHER ORDERED** that the Clerk of Court close this case.

Dated: Central Islip, N.Y.
       December 8, 2016                        /s/ Denis R. Hurley
                                                    Denis R. Hurley
                                                    United States District Judge